DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISRAEL HIDALGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00359 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| ISRAEL HIDALGO, | Date : February 13, 2012<br>Time: 1:00 P.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 9, 2012, **may be continued to February 13, 2012, at 1:00 P.M.**

This continuance is requested by counsel for the defendant.  The defense has requested from the government additional discovery which may impact any proposed plea agreement and/or sentencing issues.  The government has requested the sought-after discovery from outside agencies, including the Mexican Consulate in Mazatlan.  The requested continuance should provide sufficient time for the information to be received by the government and forwarded to the defense.  Counsel will then need time to review and discuss the discovery with client, who is presently housed at the Lerdo Detention Facility, before any productive hearing can be had.  AUSA Michele Thielhorn has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                     BENJAMIN B. WAGNER
                                     United States Attorney

DATED: January 4, 2012               /s/ Michele Thielhorn
                                     MICHELE THIELHORN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: January 4, 2012               /s/ Rachel W. Hill
                                     RACHEL W. HILL
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ISRAEL HIDALGO

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   January 5, 2012**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE