DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISRAEL HIDALGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00359 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | |
| ISRAEL HIDALGO, | Date : February 27, 2012<br>Time: 8:30 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for February 13, 2012, **may be continued to February 27, 2012, at 8:30 A.M.**

This continuance is requested by counsel for the defendant.  The defense anticipates entering a change of plea; however, defendant has additional matters he would like to discuss with counsel in advance of the hearing and/or entering  plea.  Defendant is housed in Lerdo, and the first available time for transportation of the defendant for an interview with his counsel is February 22, 2012. AUSA Michele Thielhorn has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 10, 2012          /s/ Michele Thielhorn
                                  MICHELE THIELHORN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Defender


DATED:  February 10, 2012         /s/ Rachel W. Hill
                                  RACHEL W. HILL
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ISRAEL HIDALGO


**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 10, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                        2